# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Engelmayer, Paul A. | U.S. District Court, Southern District of New York | 10/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Centre Street
New York, NY
10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-executor | Estate #1 |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | WilmerHale partnership agreement re interest earned on retained capital of former partners |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | January 10-11, 2012 | Cambridge, MA | Teaching Law School Class | Transportation, Meals and Lodging |
| 2. | Harvard Law School | October 25-26, 2012 | Cambridge, MA | Teaching Law School Class | Transportation, Meals and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. -Aberdeen Emerging Markets Instl | A | Int./Div. | L | T | Buy (add'l) | 12/20/12 | J | | |
| 3. -Aria Consumer Fund | | None | | | Sold | 2/29/12 | N | | |
| 4. -Berkshire Hathaway Inc Del B | | None | M | T | Sold (part) | 11/29/12 | L | D | |
| 5. -Eaton Vance Structured Emerging Markets I | C | Int./Div. | N | T | Buy (add'l) | 12/27/12 | J | | |
| 6. -Prudential Jennison Natural Resources Fund Cl Z | | None | M | T | | | | | |
| 7. -RS Global Natural Resources Cl Y | A | Int./Div. | M | T | Buy | 9/5/2012 | M | | |
| 8. | | | | T | Buy (add'l) | 12/13/12 | J | | |
| 9. -First Eagle Global Inst CL I | D | Int./Div. | N | T | Buy (add'l) | 12/13/12 | J | | |
| 10. -Schwab NY AMT Tax-Free Money Fund | | None | L | T | | | | | |
| 11. -ING European Bank Loan | B | Int./Div. | | | Sold | 2/29/12 | M | | |
| 12. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | M | B | |
| 13. -MFS Emerging Markets Debt Fund Class I | | None | | | Sold | 1/25/12 | K | A | |
| 14. -Deutsche Bank AG London 307 US CMS | | None | J | T | | | | | |
| 15. Brokerage #2 (H) | | | | | | | | | |
| 16. -Schwab NY AMT Tax-Free Money Fund | | None | O | T | | | | | |
| 17. Brokerage #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShare DJ Utility SEC IN | A | Int./Div. | L | T | Buy | 12/17/12 | M | | |
| 19. | | | | | Sold (part) | 12/24/12 | J | | |
| 20. | | | | | Sold (part) | 12/31/12 | J | | |
| 21. -iShares Dow Jones US Energy Sector | A | Int./Div. | L | T | Buy | 7/9/12 | L | | |
| 22. | | | | | Sold (part) | 10/31/12 | L | D | |
| 23. | | | | | Buy (add'l) | 12/31/12 | L | | |
| 24. -iShares Tr Dow Jones US Indl Se | A | Int./Div. | L | T | Buy | 7/9/12 | L | | |
| 25. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 26. | | | | | Sold (part) | 11/19/12 | M | B | |
| 27. | | | | | Buy (add'l) | 12/10/12 | M | | |
| 28. | | | | | Sold (part) | 12/17/12 | K | A | |
| 29. | | | | | Sold (part) | 12/24/12 | K | A | |
| 30. | | | | | Sold (part) | 12/31/12 | J | | |
| 31. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 32. -Materials SS SPDR | A | Int./Div. | L | T | Buy | 4/2/12 | L | | |
| 33. | | | | | Buy (add'l) | 4/20/12 | K | | |
| 34. | | | | | Sold (part) | 5/7/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 36. | | | | | Sold (part) | 6/11/12 | J | | |
| 37. | | | | | Buy (add'l) | 6/29/12 | J | | |
| 38. | | | | | Sold (part) | 7/2/12 | L | | |
| 39. | | | | | Sold (part) | 7/5/12 | J | | |
| 40. | | | | | Buy (add'l) | 7/9/12 | L | | |
| 41. | | | | | Sold (part) | 10/31/12 | L | B | |
| 42. | | | | | Buy (add'l) | 11/19/12 | M | | |
| 43. | | | | | Sold (part) | 12/3/12 | M | B | |
| 44. | | | | | Buy (add'l) | 12/24/12 | L | | |
| 45. | | | | | Sold (part) | 12/31/11 | J | A | |
| 46. -Select Sector SPDR Financial | A | Int./Div. | L | T | Buy | 3/26/12 | L | | |
| 47. | | | | | Sold (part) | 4/2/12 | K | | |
| 48. | | | | | Sold (part) | 4/16/12 | L | | |
| 49. | | | | | Buy (add'l) | 5/7/12 | L | | |
| 50. | | | | | Sold (part) | 5/14/12 | L | | |
| 51. | | | | | Buy (add'l) | 6/11/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 53. | | | | | Sold (part) | 7/9/12 | K | A | |
| 54. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 55. | | | | | Buy (add'l) | 11/19/12 | K | | |
| 56. | | | | | Buy (add'l) | 12/3/12 | K | | |
| 57. | | | | | Sold (part) | 12/10/12 | K | C | |
| 58. | | | | | Sold (part) | 12/17/12 | K | C | |
| 59. | | | | | Sold (part) | 12/24/12 | K | B | |
| 60. | | | | | Sold (part) | 12/31/12 | J | A | |
| 61. -Consumer Stap SPDR | B | Int./Div. | L | T | Sold (part) | 1/3/2012 | K | C | |
| 62. | | | | | Sold (part) | 2/13/12 | K | B | |
| 63. | | | | | Sold (part) | 4/2/12 | K | C | |
| 64. | | | | | Buy (add'l) | 4/20/12 | K | | |
| 65. | | | | | Sold (part) | 5/7/12 | J | B | |
| 66. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 67. | | | | | Sold (part) | 6/11/12 | J | B | |
| 68. | | | | | Buy (add'l) | 6/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 70. | | | | | Sold (part) | 7/9/12 | K | C | |
| 71. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 72. | | | | | Buy (add'l) | 11/19/12 | K | | |
| 73. | | | | | Buy (add'l) | 12/3/12 | K | | |
| 74. | | | | | Sold (part) | 12/10/12 | K | C | |
| 75. | | | | | Sold (part) | 12/17/12 | K | B | |
| 76. | | | | | Sold (part) | 12/24/12 | J | A | |
| 77. | | | | | Sold (part) | 12/31/12 | J | | |
| 78. -Healthcare SS SPDR | B | Int./Div. | L | T | Buy | 1/3/12 | M | | |
| 79. | | | | | Sold (part) | 2/13/12 | K | A | |
| 80. | | | | | Sold (part) | 4/2/12 | K | B | |
| 81. | | | | | Buy (add'l) | 4/20/12 | K | | |
| 82. | | | | | Sold (part) | 5/7/12 | J | A | |
| 83. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 84. | | | | | Sold (part) | 6/11/12 | J | A | |
| 85. | | | | | Buy (add'l) | 6/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 87. | | | | | Sold (part) | 7/9/12 | K | B | |
| 88. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 89. | | | | | Buy (add'l) | 11/19/12 | K | | |
| 90. | | | | | Buy (add'l) | 12/3/12 | K | | |
| 91. | | | | | Sold (part) | 12/10/12 | K | C | |
| 92. | | | | | Sold (part) | 12/17/12 | K | B | |
| 93. | | | | | Sold (part) | 12/24/12 | J | A | |
| 94. | | | | | Sold (part) | 12/31/12 | J | A | |
| 95. -Consumers Dis SS SPDR | A | Int./Div. | L | T | Sold (part) | 1/3/12 | K | A | |
| 96. | | | | | Sold (part) | 2/13/12 | K | B | |
| 97. | | | | | Sold (part) | 4/2/12 | K | C | |
| 98. | | | | | Buy (add'l) | 4/20/12 | K | | |
| 99. | | | | | Sold (part) | 5/7/12 | K | B | |
| 100. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 101. | | | | | Sold (part) | 6/11/12 | J | B | |
| 102. | | | | | Buy (add'l) | 6/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 104. | | | | | Sold (part) | 7/9/12 | K | C | |
| 105. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 106. | | | | | Buy (add'l) | 11/19/12 | K | | |
| 107. | | | | | Buy (add'l) | 12/3/12 | K | | |
| 108. | | | | | Sold (part) | 12/10/12 | K | C | |
| 109. | | | | | Sold (part) | 12/17/12 | K | B | |
| 110. | | | | | Sold (part) | 12/24/12 | K | B | |
| 111. | | | | | Sold (part) | 12/31/12 | J | A | |
| 112. -Select Sector SPDR Amex Industrial | A | Int./Div. | | | Buy | 2/13/12 | L | | |
| 113. | | | | | Sold (part) | 3/26/12 | L | A | |
| 114. | | | | | Buy (add'l) | 4/2/12 | L | | |
| 115. | | | | | Sold | 4/16/12 | L | | |
| 116. -Select Sector SPDR Technology | A | Int./Div. | | | Sold (part) | 1/3/12 | K | A | |
| 117. | | | | | Sold (part) | 2/13/12 | K | B | |
| 118. | | | | | Sold (part) | 4/2/12 | K | C | |
| 119. | | | | | Buy (add'l) | 4/20/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 5/7/12 | J | B | |
| 121. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 122. | | | | | Sold (part) | 6/11/12 | J | B | |
| 123. | | | | | Buy (add'l) | 6/29/12 | J | | |
| 124. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 125. | | | | | Sold (part) | 7/9/12 | K | C | |
| 126. | | | | | Sold | 10/31/12 | L | B | |
| 127. -Utilities Sel SPDR | B | Int./Div. | | | Sold (part) | 1/3/12 | K | C | |
| 128. | | | | | Sold (part) | 2/13/12 | J | B | |
| 129. | | | | | Buy (add'l) | 3/30/12 | J | | |
| 130. | | | | | Sold (part) | 4/2/12 | K | B | |
| 131. | | | | | Buy (add'l) | 4/20/12 | K | | |
| 132. | | | | | Sold (part) | 5/7/12 | J | B | |
| 133. | | | | | Buy (add'l) | 5/14/12 | J | | |
| 134. | | | | | Sold (part) | 6/11/12 | K | B | |
| 135. | | | | | Buy (add'l) | 6/29/12 | J | | |
| 136. | | | | | Buy (add'l) | 7/2/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 7/9/12 | K | B | |
| 138. | | | | | Buy (add'l) | 10/31/12 | K | | |
| 139. | | | | | Sold | 11/19/12 | L | | |
| 140. Brokerage #4 (H) | | | | | | | | | |
| 141. -Acadian Emerging Markets | B | Int./Div. | M | T | Buy (add'l) | 12/28/12 | J | | |
| 142. -BBH Core Select N | | None | N | T | Buy | 12/20/12 | N | | |
| 143. -Berkshire Hathaway Inc Del Cl A | | None | P1 | T | Sold (part) | 12/11/12 | O | G | |
| 144. -Berkshire Hathaway Inc Del B | | None | M | T | Sold (part) | 2/21/12 | L | F | |
| 145. | | | | | Sold (part) | 7/30/12 | K | E | |
| 146. | | | | | Sold (part) | 9/11/12 | K | D | |
| 147. | | | | | Sold (part) | 10/3/12 | K | D | |
| 148. | | | | | Sold (part) | 11/29/12 | J | D | |
| 149. -Wisdom Tree LargeCap Dividend | E | Int./Div. | O | T | | | | | |
| 150. -PIMCO Unconstrained Bond Instl CL | E | Int./Div. | O | T | Buy (add'l) | 1/4/12 | N | | |
| 151. -Prudential Jennison Natural Resources Fund Cl Z | | None | M | T | | | | | |
| 152. -RS Global Natural Resources Cl Y | A | Int./Div. | M | T | Buy | 9/5/12 | M | | |
| 153. -First Eagle Global Inst CL I | D | Int./Div. | N | T | Buy (add'l) | 9/4/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 155. | | | | | Buy (add'l) | 12/20/12 | M | | |
| 156. -Schwab NY AMT Tax-Free Money Fund | | None | L | T | | | | | |
| 157. -MFS Emerging Markets Debt Fund Class I | A | Int./Div. | | | Sold | 1/25/12 | L | A | |
| 158. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | M | B | |
| 159. Brokerage #5 (H) | | | | | | | | | |
| 160. -Long Island Pwr Authn Y Elec Sys Rev | A | Int./Div. | M | T | Buy | 7/2/12 | M | | |
| 161. -Metropolitan Transn Auth NY Rev For | B | Int./Div. | M | T | Buy | 8/15/12 | M | | |
| 162. -New York N Y Go Bds Subseries L-1 Fiscal | B | Int./Div. | M | T | Buy | 4/13/12 | M | | |
| 163. -New York N Y Go Bds Ser. H | A | Int./Div. | M | T | Buy | 6/4/12 | M | | |
| 164. -New York NY City Transitional Fin Auth Rev | D | Int./Div. | M | T | Buy | 2/28/12 | M | | |
| 165. | | | | | Buy (add'l) | 3/13/12 | M | | |
| 166. -New York N Y City Transitional Fin | | None | L | T | Buy | 8/28/12 | L | | |
| 167. -New York City Mun Wtr Fin Auth Bds Ser | C | Int./Div. | M | T | Buy | 3/5/12 | M | | |
| 168. -New York N Y City Transitional Fin | C | Int./Div. | M | T | Buy | 4/30/12 | M | | |
| 169. -New York N Y City Transitional Fin | | None | M | T | Buy | 7/12/12 | M | | |
| 170. -New York St Brdg Auth Rev Gen Rev Bds | | None | M | T | Buy | 7/17/12 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -New York St Dorm Auth Revs Non St | B | Int./Div. | M | T | Buy | 6/4/12 | M | | |
| 172. -New York St Dorm Auth St Pers Income | B | Int./Div. | M | T | Buy | 6/14/12 | M | | |
| 173. -New York St Dorm Auth Revs St | B | Int./Div. | L | T | Buy | 4/13/12 | L | | |
| 174. -New York St Dorm Auth Revs St | C | Int./Div. | M | T | Buy | 4/10/12 | M | | |
| 175. -New York St Dorm Auth Revs St | B | Int./Div. | L | T | Buy | | | | |
| 176. -New York St Twy Authst Pers Income Tax | B | Int./Div. | L | T | Buy | 4/10/12 | L | | |
| 177. -New York St Twy Authst Pers Income Tax | B | Int./Div. | M | T | Buy | 4/9/12 | M | | |
| 178. -Port Auth N Y & N J Consolidated Bds 173 | B | Int./Div. | M | T | Buy | 6/20/12 | M | | |
| 179. -Puerto Rico Comwlth Pub Impt Ref Bds | | None | M | T | Buy | 3/9/12 | M | | |
| 180. -Puerto Rico Elec Pwr Auth Pwr | B | Int./Div. | L | T | Buy | 4/10/12 | L | | |
| 181. -Triborough Brdg & Tunl Auth N Y Revs 05 | A | Int./Div. | L | T | Buy | 8/6/12 | L | | |
| 182. -Schwab NY AMT Tax-Free Money Fund | | None | L | T | | | | | |
| 183. IRA #1 (H) | | | | | | | | | |
| 184. -Aberdeen Emerging Markets Instl | A | Int./Div. | L | T | Buy | 1/26/12 | L | | |
| 185. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 186. -Franklin Templeton Emerging Market Bond Fund | | None | | | Sold | 1/25/12 | L | | |
| 187. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -MFS Emerging Markets Debt Fund Class I | | None | | | Sold | 1/25/12 | J | A | |
| 189. -RS Global Natural Resources Cl Y | | None | J | T | Buy | 9/5/12 | J | | |
| 190. -ING Senior Income Cl A | B | Int./Div. | J | T | | | | | |
| 191. IRA #2 (H) | | | | | | | | | |
| 192. -MFS Emerging Markets Debt Fund Class I (Y) | | | | | | | | | |
| 193. IRA #3 (H) | | | | | | | | | |
| 194. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | Buy | 1/26/12 | K | | |
| 195. | | | | T | Buy (add'l) | 12/20/12 | J | | |
| 196. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | J | B | |
| 197. -MFS Emerging Markets Debt Fund Class I | | None | | | Sold | 1/25/12 | K | A | |
| 198. -RS Global Natural Resources Cl Y | | None | J | T | Buy | 9/5/12 | J | | |
| 199. -ING Senior Income Cl A | B | Int./Div. | J | T | | | | | |
| 200. IRA #4 (H) | | | | | | | | | |
| 201. -RS Global Natural Resources Cl Y | | None | J | T | Buy | 9/5/12 | K | | |
| 202. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | K | B | |
| 203. -ING Senior Income Cl A | D | Int./Div. | M | T | Sold (part) | 10/12/12 | J | | |
| 204. IRA #5 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Aberdeen Emerging Markets Instl | A | Int./Div. | L | T | Buy (add'l) | 12/20/12 | J | | |
| 206. -ING Senior Income Cl A | C | Int./Div. | L | T | Sold (part) | 10/12/12 | J | | |
| 207. IRA #6 (H) | | | | | | | | | |
| 208. -Balestra Global Ltd | | None | N | T | Buy | 3/1/12 | N | | |
| 209. -Definitive Guardian Fund, Ltd. | | None | O | T | | | | | |
| 210. -Schwab Advisor Cash Reserves Premier Sweep | | None | J | T | | | | | |
| 211. -Aberdeen Emerging Markets Instl | | None | | | Sold | 2/22/12 | L | D | |
| 212. -Acadian Emerging Markets | | None | | | Sold | 1/25/12 | M | D | |
| 213. -Franklin Templeton EM Debt Op | | None | | | Sold | 1/25/12 | L | | |
| 214. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 2/22/12 | L | D | |
| 215. Trust #1 (H) | | | | | | | | | |
| 216. -Aberdeen Emerging Markets Instl | | None | J | T | Buy | 9/5/12 | J | | |
| 217. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 218. -Acadian Emerging Markets | | None | | | Sold | 12/19/12 | K | C | |
| 219. -BBH Core Select N | | None | J | T | Buy | 3/28/12 | J | | |
| 220. Eaton Vance Structured Emerging Markets A | | None | | | Sold | 9/4/12 | J | A | |
| 221. -Berkshire Hathaway Inc Del B | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | Sold (part) | 12/19/12 | J | C | |
| 223. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 224. -GRT Value Fund Advisor Class | | None | J | T | | | | | |
| 225. -iShares Tr S&P 400 BARRA Midcap Growth | | None | J | T | | | | | |
| 226. -PIMCO Unconstrained Bond Instl CL | B | Int./Div. | J | T | Buy | 2/28/12 | K | | |
| 227. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 228. | | | | | Buy (add'l) | 3/28/12 | J | | |
| 229. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 230. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | Buy | 9/5/12 | J | | |
| 231. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 232. -First Eagle Global Inst CL I | A | Int./Div. | J | T | Buy | 3/28/12 | J | | |
| 233. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 234. -Schwab Municipal Money Fund Sweep Shares (X) | | None | J | T | | | | | |
| 235. -Templeton Global Bond Fund Cl A | | None | J | T | Buy | 12/20/12 | J | | |
| 236. -Virtus Premium AlphaSector CL I | | None | J | T | Buy | 12/24/12 | K | | |
| 237. -ING Senior Income Cl A | A | Int./Div. | J | T | Sold (part) | 3/14/12 | J | A | |
| 238. -iShares Tr MSCI EAFE Index Fd | | None | | | Sold | 2/27/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Ivy Asset Strategy Fund Class A | A | Int./Div. | | | Buy | 12/13/12 | J | | |
| 240. | | | | | Sold | 12/19/12 | K | C | |
| 241. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/14/12 | J | B | |
| 242. -Loomis Sayles Strategic Income A | | None | | | Sold | 2/27/12 | J | A | |
| 243. -PIMCO Funds Total Return Fund Instl #35 | | None | | | Sold | 2/27/12 | J | A | |
| 244. -T. Rowe Price Emerging Market Bond Fund | | None | | | Sold | 2/27/12 | J | A | |
| 245. Trust #2 (H) | | | | | | | | | |
| 246. -Aberdeen Emerging Markets Instl | | None | J | T | Buy | 9/5/12 | J | | |
| 247. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 248. -Acadian Emerging Markets | | None | | | Sold | 12/19/12 | K | C | |
| 249. -Eaton Vance Structured Emerging Markets A | | None | | | Sold | 9/4/12 | J | A | |
| 250. -Berkshire Hathaway Inc Del B | | None | J | T | | | | | |
| 251. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | Sold (part) | 12/19/12 | J | C | |
| 252. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 253. -iShares Tr S&P 400 BARRA Midcap Growth | | None | J | T | | | | | |
| 254. -PIMCO Unconstrained Bond Instl CL | B | Int./Div. | J | T | Buy | 2/28/12 | K | | |
| 255. | | | | | Buy (add'l) | 2/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 3/28/12 | J | | |
| 257. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 258. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | Buy | 9/5/12 | J | | |
| 259. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 260. -T. Rowe Price Emerging Market Bond Fund | | None | | | Sold | 2/27/12 | J | A | |
| 261. -First Eagle Global Inst CL I | | None | J | T | Buy | 12/20/12 | J | | |
| 262. -Schwab Municipal Money Fund Sweep Shares (X) | | None | J | T | | | | | |
| 263. -Templeton Global Bond Fund Cl A | | None | J | T | Buy | 12/20/12 | J | | |
| 264. -Virtus Premium AlphaSector CL I | | None | J | T | Buy | 12/24/12 | K | | |
| 265. -ING Senior Income Cl A | A | None | J | T | Sold (part) | 3/14/12 | J | A | |
| 266. -iShares Tr MSCI EAFE Index Fd | | None | | | Sold | 2/27/12 | J | C | |
| 267. -Ivy Asset Strategy Fund Class A | A | Int./Div. | | | Buy (add'l) | 12/13/12 | J | | |
| 268. | | | | | Sold | 12/19/12 | K | C | |
| 269. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | J | B | |
| 270. -Loomis Sayles Strategic Income A | | None | | | Sold | 2/27/12 | J | A | |
| 271. -PIMCO Funds Total Return Fund Instl #35 | | None | | | Sold | 2/27/12 | J | A | |
| 272. Intentionally Left Blank | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Intentionally Left Blank | | | | | | | | | |
| 274. Intentionally Left Blank | | | | | | | | | |
| 275. Intentionally Left Blank | | | | | | | | | |
| 276. Intentionally Left Blank | | | | | | | | | |
| 277. Intentionally Left Blank | | | | | | | | | |
| 278. Intentionally Left Blank | | | | | | | | | |
| 279. Intentionally Left Blank | | | | | | | | | |
| 280. Intentionally Left Blank | | | | | | | | | |
| 281. Intentionally Left Blank | | | | | | | | | |
| 282. Intentionally Left Blank | | | | | | | | | |
| 283. Intentionally Left Blank | | | | | | | | | |
| 284. Intentionally Left Blank | | | | | | | | | |
| 285. Intentionally Left Blank | | | | | | | | | |
| 286. Intentionally Left Blank | | | | | | | | | |
| 287. Intentionally Left Blank | | | | | | | | | |
| 288. Intentionally Left Blank | | | | | | | | | |
| 289. Intentionally Left Blank | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 21 of 29

**Name of Person Reporting**

Engelmayer, Paul A.

**Date of Report**

10/15/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Intentionally Left Blank | | | | | | | | | |
| 291. Intentionally Left Blank | | | | | | | | | |
| 292. Intentionally Left Blank | | | | | | | | | |
| 293. Intentionally Left Blank | | | | | | | | | |
| 294. Intentionally Left Blank | | | | | | | | | |
| 295. Intentionally Left Blank | | | | | | | | | |
| 296. Intentionally Left Blank | | | | | | | | | |
| 297. Intentionally Left Blank | | | | | | | | | |
| 298. Intentionally Left Blank | | | | | | | | | |
| 299. Intentionally Left Blank | | | | | | | | | |
| 300. Intentionally Left Blank | | | | | | | | | |
| 301. Intentionally Left Blank | | | | | | | | | |
| 302. UTMA #1 (H) | | | | | | | | | |
| 303. -Aberdeen Emerging Markets Instl | | None | J | T | Buy | 9/5/12 | J | | |
| 304. -Eaton Vance Structured Emerging Markets A | | None | | | Sold | 9/4/12 | J | A | |
| 305. -Wisdom Tree LargeCap Dividend Fund | | None | J | T | | | | | |
| 306. -WisdomTree MidCap Dividend | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | Buy | 9/5/12 | J | | |
| 308. -First Eagle Global Inst CL 1 | | None | J | T | Buy | 2/27/12 | J | | |
| 309. -Templeton Global Bond Fund Cl A | B | Int./Div. | J | T | Buy | 2/29/12 | K | | |
| 310. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 311. -ING Senior Income Cl A | | None | | | Sold | 3/14/12 | J | A | |
| 312. -iShares Tr MSCI EAFE Index Fd | | None | | | Sold | 2/27/12 | K | C | |
| 313. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | J | B | |
| 314. -Loomis Sayles Global Bond Instl | | None | | | Sold | 2/27/12 | J | A | |
| 315. UTMA #2 (H) | | | | | | | | | |
| 316. -Aberdeen Emerging Markets Instl | | None | J | T | Buy | 9/5/12 | J | | |
| 317. -Eaton Vance Structured Emerging Markets A | | None | | | Sold | 9/4/12 | J | A | |
| 318. -Berkshire Hathaway Inc Del B | | None | J | T | | | | | |
| 319. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 320. -WisdomTree MidCap Dividend | | None | | | Sold | 12/19/12 | J | A | |
| 321. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | Buy | 9/5/12 | J | | |
| 322. -First Eagle Global Inst CL 1 | A | Int./Div. | J | T | Buy | 2/28/12 | J | | |
| 323. | | | | | Buy (add'l) | 2/29/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 325. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 326. -ING Senior Income Cl A | | None | | | Sold | 3/14/12 | J | A | |
| 327. -iShares Tr MSCI EAFE Index Fd | | None | | | Sold | 2/27/12 | J | C | |
| 328. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/2012 | J | B | |
| 329. -Loomis Sayles Global Bond Instl | | None | | | Sold | 2/27/12 | J | A | |
| 330. UTMA #3 (H) | | | | | | | | | |
| 331. -Aberdeen Emerging Markets Instl | | None | J | T | Buy | 9/5/12 | J | | |
| 332. -Eaton Vance Structured Emerging Markets A | | | | | Sold | 9/4/12 | J | A | |
| 333. -Wisdom Tree LargeCap Dividend Fund | | None | J | T | | | | | |
| 334. -WisdomTree MidCap Dividend | | None | J | T | | | | | |
| 335. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | Buy | 9/5/12 | J | | |
| 336. -First Eagle Global Inst CL I | | None | J | T | Buy | 2/27/12 | J | | |
| 337. -Templeton Global Bond Fund Cl A | B | Int./Div. | J | T | Buy | 2/29/12 | K | | |
| 338. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 339. -ING Senior Income Cl A | | None | | | Sold | 3/14/12 | J | A | |
| 340. -iShares Tr MSCI EAFE Index Fd | | None | | | Sold | 2/27/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold (part) | 9/4/2012 | J | B | |
| 342. -Loomis Sayles Global Bond Instl | | None | | | Sold | 2/27/12 | J | A | |
| 343. UTMA #4 (H) | | | | | | | | | |
| 344. -Aberdeen Emerging Markets Instl | | None | J | T | Buy | 9/5/12 | J | | |
| 345. -Berkshire Hathaway Inc Del B | | None | J | T | | | | | |
| 346. Eaton Vance Structured Emerging Markets A | | None | | | Sold | 9/4/12 | J | A | |
| 347. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 348. -WisdomTree MidCap Dividen | | None | | | Sold | 12/19/12 | J | A | |
| 349. -ING Senior Income Cl A | | None | | | Sold | 3/14/12 | J | A | |
| 350. -iShares Tr MSCI EAFE Index Fd | | None | | | Sold | 2/27/12 | J | C | |
| 351. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | Buy | 9/5/12 | J | | |
| 352. -Ivy Global Natural Resources Fund Cl Y | | None | | | Sold | 9/4/12 | J | B | |
| 353. -Loomis Sayles Global Bond Instl | | None | | | Sold | 2/27/12 | J | A | |
| 354. -First Eagle Global Inst CL I | A | Int./Div. | J | T | Buy | 2/28/12 | J | | |
| 355. | | | | | Buy (add'l) | 2/29/12 | J | | |
| 356. | | | | | Buy (add'l) | 3/15/12 | J | | |
| 357. | | | | | Buy (add'l) | 12/24/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. 529 Plan #1 (H) | | | | | | | | | |
| 359. -New York Saves Growth Stock Index Portfolio | None | J | T | | | | | | |
| 360. -New York Saves Interest Accumulation Index Portfolio | None | J | T | | | | | | |
| 361. -New York Saves Value Stock Index Portfolio | None | J | T | | | | | | |
| 362. 529 Plan #2 (H) | | | | | | | | | |
| 363. -New York Saves Interest Accumulation Portfolio | None | J | T | | | | | | |
| 364. -New York Saves Mid Cap Stock Index Portfolio | None | J | T | | | | | | |
| 365. -New York Saves Value Stock Index Portfolio | None | J | T | | | | | | |
| 366. -New York Saves Growth Stock Index Portfolio | None | J | T | | | | | | |
| 367. -New York Saves Inflation Protected Portfolio | None | L | T | | | | | | |
| 368. -New York Saves Developed Markets Income Portfolio | None | L | T | | | | | | |
| 369. 529 Plan #3 (H) | | | | | | | | | |
| 370. -New York Saves Growth Stock Index Portfolio | None | J | T | Buy | 1/10/12 | J | | |
| 371. -New York Saves Mid Cap Stock Index Portfolio | None | J | T | | | | | | |
| 372. -New York Saves Small Cap Stock Index Portfolio | None | J | T | | | | | | |
| 373. -New York Saves Value Stock Index Portfolio | None | J | T | Buy | 1/10/12 | J | | |
| 374. -New York Saves Inflation Protected Portfolio | None | L | T | Buy (add'l) | 1/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -New York Saves Developed Markets Income Portfolio | | None | J | T | | | | | |
| 376. 529 Plan #4 (H) | | | | | | | | | |
| 377. -New York Saves Growth Stock Index Portfolio | | None | J | T | Buy | 1/10/12 | J | | |
| 378. -New York Saves Interest Accumulation Portfolio | | None | L | T | | | | | |
| 379. -New York Saves Value Stock Index Portfolio | | None | J | T | Buy | 1/10/12 | J | | |
| 380. -New York Saves Inflation Protected Portfolio | | None | J | T | Buy (add'l) | 1/10/12 | J | | |
| 381. Teachers Retirement System of NY 403(b) #1 (H) | | | | | | | | | |
| 382. -Diversified Equity | | None | M | T | | | | | |
| 383. -Stable Value | | None | L | T | | | | | |
| 384. -International Equity | | None | L | T | | | | | |
| 385. -Inflation Protection | | None | L | T | | | | | |
| 386. Citigroup Checking Account | | None | L | T | | | | | |
| 387. Chase Checking Account | | None | L | T | | | | | |
| 388. Westchester County Real Estate Parcel #1 Westchester Co., NY | | None | L | W | | | | | |
| 389. Westchester County Real Estate Parcel #2 Westchester Co., NY | | None | L | W | | | | | |
| 390. HSBC Checking Account #1 (H) | | | | | | | | | |
| 391. -Cash | A | Interest | | | Distributed | 1/8/2012 | P1 | | Estate Distribution |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Estate #1 (Y) | | | | | | | | | |
| 393. Brokerage #6 (H) | | | | | | | | | |
| 394. -Vanguard REIT Index Fund | A | Int./Div. | | | Sold | 01/2012 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 10/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul A. Engelmayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544